## B. S. BONESTEEL, RESPONDENT, *v.* WILLIAM M. FAIRCHILD AND OTHERS, APPELLANTS.

APPEAL.—DISMISSAL.—FAILURE TO FILE ABSTRACT.—Under rule 8 of the supreme court, where the appellant fails to file an abstract of the transcript as required by the rules of the supreme court, the appeal will be dismissed.

APPEAL from a judgment of the district court of the third district, Hon. Charles S. Zane, judge. The record showed that no abstract had ever been filed.

*Messrs. Harris and Riley,* for the appellant.

*Messrs. Jones and Schrœder,* for the respondent.

It was ordered by the court that the appeal be dismissed.